**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOHN WASHBURN,<br><br>          Defendant. | Case No. <u>25-cr-01372-JAH</u><br>              25mj1458-BLM<br><br>**I N F O R M A T I O N**<br><br>Title 8, United States Code,<br>Section 1324(a)(1)(A)(iii) and<br>(A)(v)(I) – Conspiracy to<br>Harbor Aliens (Felony) |

The United States Attorney charges:

Count 1

Beginning on a date unknown and continuing up to the present, within the Southern District of California and elsewhere, JOHN WASHBURN and others, known and unknown, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens listed below, had come to, entered, or remained in the United States in violation of law, did conceal, harbor, and shield from detection such aliens,

| 1 | BYRON VICENTE FELIPE ESCOBAR |
|---|---|
| 2 | DARIO RODRIGUEZ CASAS |
| 3 | LEONARDO RAMIREZ RAMIREZ |

MAD:cm:4/23/2025

| 4 | ALEJANDRO INFANTE VIZCARRA |
|---|---|
| 5 | JOSE ANTONIO PAEZ SALAZAR |
| 6 | RENE FRAGA PONCE |

all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(I).

DATED: April 24, 2025.

ADAM GORDON
United States Attorney

_____
MICHAEL A. DESHONG
Assistant U.S. Attorney