ADAM GORDON
United States Attorney
MICHAEL A. DESHONG
California Bar No. 301041
HENRY F.B. BESHAR
District of Columbia Bar No. 90007286
Assistant United States Attorneys
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-9290
Fax: (619) 546-0510
Email: michael.deshong@usdoj.gov
Email: henry.beshar@usdoj.gov
Attorneys for the United States

Attorneys for United States of America



**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| UNITED STATES OF AMERICA, | Case No. 25cr1372-JAH |
|---|---|
| Plaintiff, | **STIPULATION OF FACT AND JOINT MOTION FOR RELEASE OF MATERIAL WITNESSES AND ORDER THEREON** |
| v. | |
| JOHN WASHBURN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED between the plaintiff, UNITED STATES OF AMERICA, by and through its counsel, ADAM GORDON, United States Attorney, and Michael A. Deshong and Henry F.B. Beshar, Assistant United States Attorneys, and defendant JOHN WASHBURN, by and through and with the advice and consent of defense counsel, Patrick Martin Griffin that:

1.    Defendant agrees to participate in a full and complete inquiry by the Court into whether defendant knowingly, intelligently and voluntarily entered into it.

2.    The material witness(es), BYRON VICENTE FELIPE ESCOBAR, DARIO RODRIGUEZ CASAS, LEONARDO RAMIREZ RAMIREZ, ALEJANDRO INFANTE VIZCARRA, JOSE ANTONIO PAEZ SALAZAR, RENE FRAGA PONCE, and JUAN JESUS TAPIA CONTRERAS (collectively, the "material witnesses") in this case:

    a.    BYRON VICENTE FELIPE ESCOBAR, DARIO RODRIGUEZ CASAS, LEONARDO RAMIREZ RAMIREZ, ALEJANDRO INFANTE VIZCARRA, JOSE ANTONIO PAEZ SALAZAR, RENE FRAGA PONCE, and JUAN JESUS TAPIA CONTRERAS are aliens with no lawful right to enter or remain in the United States;

    b.    The material witnesses are all aliens without legal authorization to work in the United States;

    b.    On March 27, 2025, the material witnesses were employed under Defendant at Company 1's facility on N. Magnolia Avenue in El Cajon, California;

    c.    ALEJANDRO INFANTE VIZCARRA and BYRON VICENTE FELIPE ESCOBAR were living in Company 1's warehouse on March 27, 2025; and

    e.    The material witnesses may be released and remanded immediately to the Department of Homeland Security for return to their country of origin.

3.    After the court has ordered the material witnesses released, pursuant to this stipulation and joint motion, if defendant does not plead guilty to a violation of 8 U.S.C. § 1324 and/or 1324a, for any reason, or thereafter withdraws defendant's guilty plea to that charge, defendant agrees that in any proceeding, including, but not limited to, motion hearings, trial, sentencing, appeal or collateral attack, that:

    a.    The stipulated facts set forth in paragraph 2 above shall be admitted as substantive evidence;

    b.    The United States may elicit hearsay testimony from arresting agents regarding any statements made by the material witness(es) provided in discovery, and such testimony shall be admitted as substantive evidence under Fed. R. Evid. 804(b)(3) as statements against interest of (an) unavailable witness(es);

    c.    Understanding that under *Crawford v. Washington*, 541 U.S. 36 (2004), "testimonial" hearsay statements are

not admissible against a defendant unless defendant confronted and cross-examined the witness(es) who made the "testimonial" hearsay statements, defendant waives the right to confront and cross-examine the material witness(es) in this case.

4. By signing this stipulation and joint motion, defendant certifies that defendant has read it (or that it has been read to defendant in defendant's native language). Defendant certifies further that defendant has discussed the terms of this stipulation and joint motion with defense counsel and fully understands its meaning and effect.

Based on the foregoing, the parties jointly move the stipulation into evidence and for the immediate release and remand of the above-named material witness(es) to the Department of Homeland Security for return to their country of origin.

It is **STIPULATED AND AGREED** this date.

Respectfully submitted,

ADAM GORDON
United States Attorney

May 15, 2025

DATED

MICHAEL A. DESHONG
HENRY F.B. BESHAR
Assistant U.S. Attorneys

5-9-2025

DATED

PATRICK MARTIN GRIFFIN
Defense Counsel

5-9-2025

DATED

JOHN WASHBURN
Defendant

**O R D E R**

Upon joint application and motion of the parties, and for good cause shown,

**THE STIPULATION** is admitted into evidence; and

**IT IS ORDERED** that the above-named material witness(es) be released and remanded forthwith to the Department of Homeland Security for return to their country of origin.

**SO ORDERED.**

DATED _____May 16, 2025_____        _____
                                    United States Magistrate Judge