**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>    v.<br><br>JOHN WASHBURN,<br><br>       Defendant. | Case No. 25cr1372-JAH<br><br>**I N F O R M A T I O N**<br>**Superseding**<br><br>Title 8, United States Code, Section 1324(a)(1)(A)(iii) and (A)(v)(I) – Conspiracy to Harbor Aliens (Felony)<br><br>Title 8, United States Code, Section 1324a(a)(1)(A) and (f)— Pattern and Practice of Unlawful Employment of Aliens (Misdemeanor) |

The United States Attorney charges:

Count 1

Beginning on a date unknown and continuing up to March 27, 2025, within the Southern District of California and elsewhere, JOHN WASHBURN and others, known and unknown, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens listed below, had come to, entered, or remained in the United States in violation of law, did conceal, harbor, and shield from detection such aliens,

MAD:cm:5/9/2025

| | 1 | BYRON VICENTE FELIPE ESCOBAR |
|---|---|---|
| | 2 | DARIO RODRIGUEZ CASAS |
| | 3 | LEONARDO RAMIREZ RAMIREZ |
| | 4 | ALEJANDRO INFANTE VIZCARRA |
| | 5 | JOSE ANTONIO PAEZ SALAZAR |
| | 6 | RENE FRAGA PONCE |

all in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(iii) and (v)(I).

## Count 2

Beginning on a date unknown and continuing up to March 27, 2025, within the Southern District of California, JOHN WASHBURN engaged in a pattern and practice of hiring, recruiting, and referring for a fee, for employment in the United States aliens, knowing the aliens are unauthorized with respect to such employment in violation of Title 8, United States Code, Section 1324a(a)(1)(A) and (f).

DATED: May 27, 2025.

ADAM GORDON
United States Attorney

MICHAEL A. DESHONG
Assistant U.S. Attorney